UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT - 1 2015
PRO SE OFFICE

Jacob Fetman

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Aish HaTorah New York, Inc.

Kenneth Greenman

John and Jane Doe 1-15

_____

_____

_____

_____

_____

_____

Jury Trial: ☒ Yes   ☐ No
*(check one)*

# 15CV 7751

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name _Jacob Fetman_____

Street Address _1743 Ocean Ave._____

County, City _Kings, Brooklyn_____

State & Zip Code _NY, 11230_____

Telephone Number _646 261 0200_____

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name _Aish HaTorah New York, Inc._____

Street Address _313 West 83rd St._____

*Rev. 05/2010*

County, City New York, New York

State & Zip Code NY, 10024

Telephone Number 212-921-9090

Defendant No. 2  Name  Kenneth Greenman

Street Address  313 West 83rd St.

County, City New York, New York

State & Zip Code NY 10024

Telephone Number 212-921-9090

Defendant No. 3  Name  John and Jane Doe 1-15

Street Address  313 West 83rd St.

County, City New York, New York

State & Zip Code NY, 10024

Telephone Number 212-921-9090

Defendant No. 4  Name

Street Address

County, City

State & Zip Code

Telephone Number

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions            ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 18 U.S. Code § 1623 - False declarations before grand jury or court

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.       Where did the events giving rise to your claim(s) occur? Brooklyn, NY

B.       What date and approximate time did the events giving rise to your claim(s) occur? _____
On or about September 8nd, 2015

C.       Facts: Defendant Greenman, Exec. Director and on behalf of Aish HaTorha New York, Inc. and other

defendants named herein, claims in a court filing to the US bankruptcy court in the Eastern District of NY

that an award against plaintiff Fetman was "based on the limited information the debtor produced and

Aish uncovered. The limited documents showed at least $2.4 million stolen from Aish accounts, over the six

years between 2007 and 2013, and $2.5 million of unauthorized credit card expenditures over the same period."

This is a fictitious report - and an outlandish lie. Aish HaTorah hired a forensic accountant, paid him $100K

to produce a 'report' and never shared that 'report' with the plaintiff until the award was confirmed.

Even if the report claims are to be taken at face value (which is the subject of a separate court action), it claims

that it uncovered 'evidence' between 'unauthorized' bank transfers and 'unauthorized' credit card charges of not

more than $1.8 million over the period examined. Not the $5 million defendant Greenman and Aish lie to the US

Bankruptcy court in a sworn affidavit.

**Sidebar boxes (left margin):**
- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Defendants Aish NY, Greenman and John and Jane Doe 1-15

admit this perjury and give accurate testimony to the US Bankruptcy court of the Eastern district of NY.

As this case was publicized in the media, monetary

compensatory damages and punitive damages are requested to be decided at trial.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 01 day of October , 20 15 .

Signature of Plaintiff

Mailing Address           1743 Ocean Ave.

                          Brooklyn, NY  11230

Telephone Number          646 261 0200

Fax Number *(if you have one)*

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____